**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF NEW JERSEY, *ex rel.* MARGARET GATHMAN,<br><br>Plaintiff-Relator,<br><br>v.<br><br>CAREONE MANAGEMENT LLC, *et al.*,<br><br>Defendants. | Civ. Action No. 17-6180 (SDW) (LDW)<br><br>**ORDER**<br><br>September 21, 2021 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda D. Wettre's ("Judge Wettre") Report and Recommendation (D.E. 14, "R&R"), dated August 23, 2021, which recommends that this Court grant in part and deny in part Plaintiff-Relator Margaret Gathman's ("Relator") motion for an award of attorneys' fees and costs, (D.E. 10), and that Relator's counsel be awarded $188,613.75 in attorneys' fees and $303.51 in costs. No objections were filed. This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that Judge Wettre's R&R is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                             /s/ Susan D. Wigenton
                                   **SUSAN D. WIGENTON, U.S.D.J.**

Orig:     Clerk
cc:       Hon. Leda D. Wettre, U.S.M.J.
          Parties